

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**
DEC 16 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gabriela Guadalupe De Gyves Montes )
)
Plaintiff, )   No. _____ KCR
)
vs. )
)
)   1:24-cv-12892
Eating Recovery Center )   Judge Sharon Johnson Coleman
)   Magistrate Judge Maria Valdez
)   RANDOM/CAT 2
Defendant(s). )

## COMPLAINT UNDER FAMILY AND MEDICAL LEAVE ACT (FMLA)

*If the pro se plaintiff has filled out a form Complaint of Employment Discrimination and wishes also to claim denial of family or medical leave, the plaintiff must staple this form Complaint to the Complaint of Employment Discrimination. DO NOT file the two form complaints separately.*

1. This is a claim for violation of the Family and Medical Leave Act of 1993, title 29 United States Code, sections 2601 *et seq.*

2. The plaintiff's full name is **Gabriela Guadalupe De Gyves Montes** of the County of **Cook** in the State of **Illinois**.

3. The name of plaintiff's employer against which this claim is made (defendant) is **Eating Recovery Center**, located at (*street address*) **150 East Huron**.

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(*city*) Chicago          (*county*) Cook          (*state*) Illinois          (*ZIP*) 60611          .

4. (*If plaintiff intends to name any other party as a defendant, use the space below to insert name and address as in paragraph 3.*) Defendant is

_____.

5. The plaintiff is/was employed by the defendant named in paragraph 3 from (date) 04-17-2023 until 12-12-2024.

6. Defendant is engaged in commerce or an industry affecting commerce.

7. Defendant regularly employs at least 50 employees at or within 75 miles of plaintiff's work site.      [x] Yes      [ ] No

8. On 11-26-2024, plaintiff requested family or medical leave from defendant or defendant's representative (*name and title of individual to whom request was made if known*) _____ because of

    [ ] the birth of a son or daughter of the plaintiff and in order to care for that infant;

    [ ] the placement of a son or daughter with the employee for adoption or foster care;

    [ ] the need to care for plaintiff's spouse, son, daughter, or parent who had a serious medical condition;

    [x] the plaintiff's serious health condition that made plaintiff unable to perform the functions of the plaintiff's job.

9. On the date alleged in paragraph 8, plaintiff had been employed by the defendant for at least 1,250 hours during the previous 12-month period.      [x] Yes      [ ] No

10. Defendant violated plaintiff's rights under the Family and Medical Leave Act because it denied plaintiff's request for family or medical leave on or about (*date*) 12-12-2024

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

terminated the plaintiff's employment on or about _____ because of plaintiff's request;

otherwise interfered with, restrained, or discriminated against plaintiff on or about _____ because of plaintiff's exercise of FMLA rights, specifically,

_____.

11. Jurisdiction over the violation alleged is conferred by 29 U.S.C. § 2917(a)(2). *↓ United States Civil Statutes*

12. Defendant knowingly, intentionally, and willfully violated plaintiff's rights. *29 FMLA*

13. Plaintiff demands that the case be tried by a jury.  [x] Yes   [ ] No

WHEREFORE, plaintiff demands the following relief:

(a) Damages under 29 U.S.C. § 2617(a)(1)(A)(i)(I) for any wages, salary, employment benefits, or other compensation denied or lost because of defendant's wrongful conduct;

(b) **Although no wages, salary, or benefits were lost**, damages under 29 U.S.C. § 2617(a)(1)(A)(i)(II) equal to the actual monetary losses sustained by plaintiff because of defendant's wrongful conduct, such as the cost of providing care, up to an amount equal to 12 weeks of wages or salary of plaintiff;

(c) Interest under 29 U.S.C. § 2617(a)(1)(A)(ii);

(d) Liquidated (double) damages under 29 U.S.C. § 2617(a)(1)(A)(iii);

(e) Such equitable relief under 29 U.S.C. § 2617(a)(1)(B) as may be appropriate,

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

including employment, reinstatement, or promotion, and

direct the defendant to (specify):

_____

Plaintiff's signature: *Gabriela Guadalupe De Gyves*

Plaintiff's name (*print clearly or type*): Gabriela Guadalupe De Gyves Montes

Mailing address: 5129 S. Harper Avenue

City Chicago   State Illinois   ZIP 60615

Telephone number: ( 773) 8651014

Email address, if any: degyves.gabriela@gmail.com

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]